IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMMA J. ROBINSON § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 6:11cv73 |
| § | |
| JARVIS CHRISTIAN COLLEGE § | JUDGE SCHNEIDER |
| § | JURY DEMANDED |
| Defendant § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Come now the parties, by counsel, who in support of this Agreed Motion would show as follows:

I

The above styled case has been amicably resolved.

II

The parties request that this case be dismissed with prejudice with each party to bear their own costs.

Respectfully Submitted,

/s/ *Curtis B. Stuckey*
Curtis B. Stuckey
Attorney in Charge for Plaintiff Robinson
State Bar No. 19437300

Stuckey, Garrigan & Castetter Law Offices
2803 C North Street
P.O. Box 631902
Nacogdoches, Texas 75963-1902
(936) 560-6020 FAX: 560-9578
tonitomlin@yahoo.com

/s/ Delwin E. Hervey
Delwin E. Hervey
Attorney in Charge for Defendant Jarvis Christian College
State Bar No. 90001632

Owens | Hervey, PLLC
Bank of America Plaza
901 Main St., Suite 3612
Dallas, Texas 75202
214/741-2288
dhervey@owenshervey.com