IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

EMMA J. ROBINSON       §
      §
     Plaintiff       §
      §
v.       §    CIVIL ACTION NO. 6:11cv73
      §
JARVIS CHRISTIAN COLLEGE       §    JUDGE SCHNEIDER
      §    JURY DEMANDED
     Defendant       §

## AGREED ORDER OF DISMISSAL

The parties having announced that the above styled case has been amicably resolved; and the Court being otherwise sufficiently advised;

IT IS ORDERED that the parties' Agreed Motion to Dismiss with Prejudice (Doc. No. 32) is GRANTED and that the above styled case be, and hereby is, DISMISSED WITH PREJUDICE with each party to bear their  own costs.

It is SO ORDERED.

SIGNED this 19th day of January, 2012.


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE